IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

RECEIVED
USDC. CLERK. CHARLESTON, S

2008 NOV 13  A

| | |
|---|---|
| William Patrick, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 4:08-2383 |
| v. ) | |
| ) | |
| Officer P. M. Keifer, York County Sheriff's ) | **ORDER** |
| Dept.; Robert Outen; Officer M. J. Doody, ) | |
| York County Sheriff's Dept.; Officer Gregory ) | |
| S. Maggart, York County Sheriff's Dept.; ) | |
| Supervisor Tim Hager, Unit 600 York Co. ) | |
| Sheriff's Dept., ) | |
| ) | |
| Defendants. ) | |
| ) | |

This matter is before the Court upon the Plaintiff's pro se complaint, which alleges violations of his constitutional rights pursuant to 42 U.S.C. § 1983. By local rule, the matter was referred to a United States Magistrate Judge for preliminary determinations. On October 6, 2008, United States Magistrate Judge Thomas R. Rogers issued a Report and Recommendation ("R&R") analyzing the Plaintiff's complaint and recommending that the Court dismiss the Plaintiff's complaint without prejudice and without issuance and service of process for failure to assert a federal claim. Attached to the R&R was a notice advising the parties of the right to file specific, written objections to the R&R within 10 days of the date of service of the R&R. To date, no objections have been filed.

Absent timely objection from a dissatisfied party, a district court is not required to review, under a de novo or any other standard, a Magistrate Judge's factual or legal conclusions. Thomas v. Arn, 474 U.S. 140, 150 (1985); Wells v. Shriner's Hosp., 109 F.3d 198, 201 (4th Cir. 1997). Here, because the Plaintiff did not file any specific, written

objections, there are no portions of the R&R to which the Court must conduct a de novo review. Accordingly, the Court hereby adopts the Magistrate Judge's R&R as the Order of this Court, and it is

**ORDERED** that this action is dismissed without prejudice and without issuance and service of process.

**IT IS SO ORDERED.**

Sol Blatt, Jr.
Senior United States District Judge

November 17, 2008
Charleston, South Carolina

